FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-1075
LT Case No. 2017-CF-001446
_____

CHARLES MICHAEL MOHR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

W. Charles Fletcher, W. Charles Fletcher, Esq., Jacksonville,
for Petitioner.

No Appearance for Respondent.

May 30, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 24, 2024 order denying defendant's motion for postconviction relief rendered in Case No. 2017-CF-001446, in the Circuit Court in and for St. Johns County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____